UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ATCHAFALAYA BASINKEEPER, ET AL. | CIVIL ACTION |
| VERSUS | |
| DAVID BERNHARDT, ET AL. | NO. 20-00651-BAJ-EWD |

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be and is hereby **ENTERED** in favor of Defendants and against Plaintiffs.

Baton Rouge, Louisiana, this 29th day of January, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA